UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ANGEL SIFUENTES, III<br><br>   Plaintiff,<br><br>v.<br><br>AMAZON.COM, Inc.<br><br>   Defendant. | CASE NO. **2:25-cv-01158-RSL**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1** |

The Court **GRANTS** the application to proceed in forma pauperis (Dkts. 1) under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 20th day of June, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge