# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

DAVID ANGEL SIFUENTES III, Case No. 2:25-cv-01158-RSL
Plaintiff,

Hon.

V.

AMAZON.COM, INC., a Delaware Corporation,
Defendant.
_____/

## DECLARATION OF DAVID ANGEL SIFUENTES III IN SUPPORT OF COMPLAINT

I, DAVID ANGEL SIFUENTES III, declare as follows:

1. I am the Plaintiff in the above-entitled action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently thereto.

2. I reside at 439 More ST. NE, Unit 2, Grand Rapids, MI 49503.

3. I have been a dedicated customer of Amazon.com, Inc. ("Amazon") since approximately 2011. In connection with my Amazon accounts, I have provided Amazon with significant amounts of personal and financial data, including my full name, residential address, email addresses, phone numbers, payment information, shopping history, order details, and my account password.

4. I am also a customer of Ring and Blink, both subsidiaries of Amazon. I became a customer of Ring around 2020 and a customer of Blink around 2020. Through these services, I have entrusted Amazon and its subsidiaries with additional sensitive information, including smart home device data, video recordings, and associated personal identifying information.

5. On or about May 20, 2025, I first discovered that my account information had been compromised in a data breach. This discovery occurred through a security notification that I received on my iPad. A screenshot of this notification is attached as Exhibit A to the

1

Complaint.

6. I verily believe that the data breach affecting my accounts is ongoing. I have reviewed an article published by TechCrunch on March 13, 2025, titled "Amazon is still hosting spyware victims' data weeks after breach alert." This article confirms that Amazon continues to host stolen data on its servers, which indicates a continued vulnerability and an ongoing breach impacting consumer data. This article is attached as Exhibit B to the Complaint.

7. My accounts have been constantly breached, and malicious actors are actively attempting to steal my financial funds and money. This ongoing activity is indicative of a "constant virus spreading to other accounts" that stems directly from the compromised data.

8. For example, on June 9, 2025, I received a fraudulent email from "anuradhamankar9999@gmail.com" attempting to mimic a McAfee subscription renewal and requesting a payment of $320.00. This email clearly demonstrates a hijacking of my personal information and an attempt to defraud me. Furthermore, on June 12, 2025, I received another suspicious email regarding my Prime membership. Copies of these fake emails are attached as Exhibit C to the Complaint. These incidents confirm the direct and ongoing financial threat that I face as a result of the breach.

9. Additionally, on December 7, 2023, I received a security recommendation regarding a compromised and reused password associated with my Amazon account. This security recommendation also affected my Facebook account, further confirming the vulnerability of my accounts due to a data leak. This recommendation is also part of Exhibit A to the Complaint.

10. Due to the persistent nature of these breaches and Amazon's failure to notify me, I have been compelled to constantly monitor my credit report, frequently change passwords across various online accounts, and incur expenses for antivirus and spyware software to protect my personal and financial information. This has caused me significant emotional distress, anxiety, and a profound sense of vulnerability.

11. Despite the clear and present danger to my data and the ongoing nature of the compromise, Amazon has failed to provide me with any direct, timely, or adequate notification of this

data breach. This concealment has prevented me from taking appropriate and timely protective measures.

12. Based on the pervasive nature of the breaches across my various online accounts and the direct connection to my Amazon, Ring, and Blink accounts, it is my belief that the origin of the compromise is fairly traceable to Amazon's inadequate data security measures.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13th day of June 2025, at Grand Rapids, Michigan.

_____
DAVID ANGEL SIFUENTES III
Plaintiff, Pro Se