UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID ANGEL SIFUENTES, III,

Plaintiff,

v.

AMAZON.COM, Inc.,

Defendant.

Case No. C25-1158RSL

ORDER REGARDING SERVICE

This matter comes before the Court on pro se plaintiff David Angel Sifuetes's "Response to Order to Show Cause; Motion for Service by U.S. Marshals; and Request for Jurisdictional Form." Dkt. # 8.[1] Pursuant to Federal Rule of Civil Procedure 4(c)(1) and (m), "plaintiff is responsible for having the summons and complaint served" within 90 days of the filing of the complaint. Here, plaintiff correctly points out that when he filed his motion to proceed In Forma Pauperis ("IFP") in this matter, he attached to his IFP application a letter requesting service by U.S. Marshal on defendant Amazon.com, Inc. Dkt. # 1-4. Plaintiff was authorized to proceed IFP on June 20, 2025 by Magistrate Judge Brian A. Tsuchida. Dkt. # 4. Magistrate Judge

---

[1] Plaintiff's request for "the appropriate form to make a record of his choice regarding magistrate judge jurisdiction" is premature. Dkt. # 8 at 1. The right of parties to consent to assignment of a case to a United States Magistrate Judge can be addressed when and if this Court issues an "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" in this matter.

ODER REGARDING SERVICE - 1

Tsuchida also recommended this Court review plaintiff's complaint under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. *Id*. The Court has done so and declines to dismiss the case under 28 U.S.C. § 1915(e)(2)(B).

Where, as here, plaintiff is authorized to proceed *in forma pauperis* under 28 U.S.C. §1915, the Court must, at plaintiff's request, order that service be made by the United States Marshal Service under Rule 4(c)(3).[2] The Court takes plaintiff's "Motion for Service by U.S. Marshals" under advisement to allow time to attempt a more efficient and cost-effective method of service. Defendants have "a duty to avoid unnecessary expenses of serving the summons" and will be given an opportunity to waive service under Rule 4(d)(1). The Clerk of Court is therefore directed to send by first class mail the following documents to the defendants at the addresses identified in Dkt. # 1-4: a copy of plaintiff's complaint, a copy of this Order, a copy of the notice and waiver request appended to Rule 4, two copies of the waiver of service of summons form, and a prepaid means of returning the form. Defendants shall have thirty (30) days from the date on which the notice was sent to return the enclosed waiver of service of summons.

A defendant who timely returns the signed waiver shall have sixty (60) days after the date designated on the notice of lawsuit to file and serve an answer to the complaint or a motion permitted under Rule 12 of the Federal Rules of Civil Procedure. A defendant who fails to timely return the signed waiver will be personally served with a summons and complaint, and may be required to pay the full costs of such service, pursuant to Rule 4(d)(2) of the Federal

---

[2] Local Civil Rule 4(c) relieves the Marshals Service "from any and all civil process serving responsibilities within this district on behalf of private litigants" unless ordered by the Court or pursuant to an express statutory provision.

ODER REGARDING SERVICE - 2

Rules of Civil Procedure. A defendant who has been personally served must file an answer or motion permitted under Rule 12 within twenty-one (21) days after service.

The Clerk of Court is further directed to renote plaintiff's request for service by the Marshal on the Court's calendar for Friday, November 21, 2025.

IT IS SO ORDERED.

DATED this 10th day of October, 2025.

Robert S. Lasnik
United States District Judge

ODER REGARDING SERVICE - 3