UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ANGEL SIFUENTES, III,<br>Plaintiff,<br>v.<br>AMAZON.COM, INC.,<br>Defendant. | No. 2:25-cv-01158-RSL<br>NOTICE OF APPEARANCE FOR DEFENDANT AMAZON.COM, INC.<br>**(Clerk's Action Required)** |

TO: Clerk of the Court;

AND TO: All Parties of Record

PLEASE TAKE NOTICE that Peter A. Talevich and Abraham M. Weill of K&L Gates LLP hereby appear on behalf of Amazon.com, Inc. in the above-entitled case and hereby request that all further papers and proceedings in said case, except original process, be served upon the undersigned attorneys at the address below stated.

DATED November 10, 2025.

K&L GATES LLP

s/ Peter A. Talevich
Peter A. Talevich, WSBA #42644

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON 98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

s/ Abraham M. Weill
Abraham M. Weill, WSBA #58663

K&L Gates LLP
925 Fourth Avenue Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Facsimile: (206) 623-7022
Email: peter.talevich@klgates.com
abe.weill@klgates.com

*Attorneys for Defendant Amazon.com, Inc.*

NOTICE OF APPEARANCE - 2

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON 98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2025, a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all parties of record in this matter.

I further certify that I have arranged for mailing by the United States Postal Service the foregoing document to the following non-CM/ECF participant:

David Angel Fuentes, III
439 More Street NE Unit 2
Grand Rapids, MI 49503

s/ Peter A. Talevich
Peter A. Talevich, WSBA #42644
K&L Gates LLP
925 Fourth Avenue Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Email: peter.talevich@klgates.com