THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ANGEL SIFUENTES, III,<br><br>               Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>               Defendant. | Civil No. 2:25-cv-01158-RSL<br><br>DEFENDANT AMAZON.COM, INC.'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Civil Rule 7.1(a), Defendant Amazon.com, Inc. discloses that there is no parent corporation or publicly held corporation owning ten percent (10%) or more of its stock. Amazon.com, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington. Amazon is a citizen of Delaware and Washington under 28 U.S.C. § 1332.

DATED November 10, 2025.

K&L GATES LLP

By:   s/Peter A. Talevich
      Peter A. Talevich, WSBA # 42644
      Abraham M. Weill, WSBA #58663
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Telephone: (206) 623-7580

CORPORATE DISCLOSURE STATEMENT
CASE NUMBER 2:25-cv-01158-RSL - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

| | |
|---|---|
| 1 | Email: peter.talevich@klgates.com |
| | abe.weill@klgates.com |
| 2 | |
| | Attorneys for Defendant Amazon.com, Inc. |
| 3 | |

CORPORATE DISCLOSURE STATEMENT
CASE NUMBER 2:25-cv-01158-RSL - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, a copy of the foregoing was filed electronically with the clerk of the court using the CM/ECF system, which will send a notice of electronic filing to all parties in this matter.

I further certify that I have arranged for mailing by the United States Postal Service the foregoing document to the following non-CM/ECF participant:

David Angel Fuentes, III
439 More Street NE Unit 2
Grand Rapids, MI 49503

s/ Peter A. Talevich
Peter A. Talevich, WSBA #42644
K&L Gates LLP
925 Fourth Avenue Ste 2900
Seattle, WA 98104
Phone: (206) 623-7580
Email: peter.talevich@klgates.com

CORPORATE DISCLOSURE STATEMENT
CASE NUMBER 2:25-cv-01158-RSL - 3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022