The Honorable Robert S. Lasnik

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID ANGEL SIFUENTES, III,

Plaintiff,

v.

AMAZON.COM, INC.,

Defendant.

No. 2:25-cv-01158-RSL

STIPULATED MOTION AND
[PROPOSED] ORDER TO ESTABLISH
BRIEFING SCHEDULE FOR
PLAINTIFF'S COMPLAINT AND
MOTION FOR LIMITED DISCOVERY

NOTE ON MOTION CALENDAR:
December 31, 2025

Pursuant to LCR 7(d)(1), Plaintiff David Angel Sifuentes, III ("Plaintiff") and Defendant Amazon.com, Inc. ("Amazon") jointly stipulate and agree as follows:

1.      On June 20, 2025, Plaintiff filed a Complaint for Damages, Injunctive Relief, and Demand for Jury Trial against Amazon.  (ECF No. 5).  Amazon executed a Waiver of the Service of Summons on November 10, 2025.  (ECF No. 11).

2.      On December 11, 2025, Amazon filed a Motion to Dismiss Plaintiff's Complaint. (ECF No. 14).

3.      On December 18, 2025, Plaintiff filed a First Amended Complaint for Damages, Injunctive Relief, and Demand for Jury Trial and Request for Judicial Notice (the "FAC").  (ECF No. 17).

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON  98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

4.      On December 18, 2025, Plaintiff also filed: (1) an Opposition to Amazon's Motion to Dismiss Plaintiff's Complaint (ECF No. 19); (2) a Motion for Limited Discovery Pending Resolution of Motion to Dismiss (ECF No. 21); (3) a Motion for Retroactive and Prospective Unlimited PACER Access (ECF No. 22); and (4) a Motion to Appoint Counsel (ECF No. 23).

5.      In light of Plaintiff's filing of the FAC, the Parties stipulate and agree that Amazon's Motion to Dismiss Plaintiff's original Complaint (ECF No. 14) and Plaintiff's Opposition to Amazon's Motion to Dismiss Plaintiff's Complaint (ECF No. 19) are now moot.

6.      Amazon intends to file a Motion to Dismiss Plaintiff's FAC and to file an opposition to Plaintiff's Motion for Limited Discovery.  To provide the Parties sufficient time to analyze and brief Amazon's forthcoming Motion to Dismiss and Plaintiff's Motion for Limited Discovery, they have agreed to the following stipulated deadlines.

7.      The Parties agree to extend the deadline for Amazon to answer,  move to dismiss, or otherwise respond to the FAC to January 16, 2026.

8.      If, as expected, Amazon files a Motion to Dismiss the FAC, the Parties have agreed to a briefing schedule on that Motion as follows:

    a.  Motion Due:              January 16, 2026

    b.  Opposition Due:         February 6, 2026

    c.  Reply Due:               February 20, 2026

9.      The Parties have also agreed to a briefing schedule on Plaintiff's Motion for Limited Discovery as follows:

    a.  Opposition Due:         January 16, 2026

    b.  Reply Due:               January 30, 2026

10.     Pursuant to the stipulated briefing schedule, the Parties request that the Court re-note consideration of Plaintiff's Motion for Limited Discovery to January 30, 2026.

11.     The Parties agree that no Party will be prejudiced by the above deadlines and this stipulated motion is not made for the purpose of delay or any other improper purpose.

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON  98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

1    12.    Amazon takes no position on Plaintiff's Motion for Retroactive and Prospective

2  Unlimited PACER Access (ECF No. 22) or Plaintiff's Motion to Appoint Counsel (ECF No. 23)

3  and, for that reason, will not be filing an opposition or other response to those Motions.

4    IT IS SO STIPULATED.

5    SO STIPULATED THIS DAY OF December 31, 2025.

6

David Angel Sifuentes III                          K&L GATES LLP

7

8

By: */s/ David Angel Sifuentes III*          By:  */s/ Abraham Weill*
9     David Angel Sifuentes III                  Abraham M. Weill, WSBA #58663
      439 More St. NE, Unit 2                     Peter A. Talevich, WSBA #42644
10    Grand Rapids, MI 49503                      925 Fourth Avenue, Suite 2900
      Tel: +1 616 283 5215                        Seattle, Washington 98104-1158
11    davidsifuentes61@yahoo.com                  Tel: +1 206 370 6795
                                                  Fax: +1 206 623 7022
12     *Plaintiff Pro Se*                         Email: Abe.Weill@klgates.com
                                                          Peter.Talevich@klgates.com
13

14                                                 *Attorneys for Defendant*

15

16  .

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND [PROPOSED]
ORDER TO ESTABLISH BRIEFING SCHEDULE
CASE NUMBER 2:25-CV-01158-RSL- 3

**K&L GATES LLP**
**925 FOURTH AVENUE**
**SUITE 2900**
**SEATTLE, WASHINGTON  98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

1

### [PROPOSED] ORDER

2

It is so ordered.

3

DATED this _____ day of _____, 2026.

4

5

_____
THE HONORABLE ROBERT S. LASNIK

6

UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**K&L GATES LLP**
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022